IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD BUSH,

    Defendant.

No. CR 15-0126 WHA

**ORDER RE EXTENSION TO FILE SENTENCING MEMORANDUM**

The Court is in receipt of defendant's request for an extension to file his sentencing memorandum. Defendant's request is **GRANTED**. The new deadline for defendant's sentencing memorandum is September 8, 2016.

**IT IS SO ORDERED.**

Dated: September 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE