JOHN M. RUNFOLA (CA SBN 096058)
Pier 9, Suite 100
San Francisco, California 94111
Telephone:  (415) 391-4243
Facsimile:  (415) 391-5161
Email:  john@johnmrunfola.com

Attorney for
RICHARD BUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD BUSH,<br><br>　　　　　Defendant. | Case No. CR 15-0126 WHA<br><br>**UNOPPOSED [PROPOSED] ORDER GRANTING EX PARTE MOTION TO WAIVE APPEARANCE AT STATUS CONFERENCE**<br><br>Date: None Set<br>Time: None Set<br>Judge: Hon. William Alsup |

The Court having duly considered Defendant Richard Bush's Ex Parte Motion to Waive Appearance at Status Conference, good cause having been shown, and for the reasons stated in the defendant's Motion, the Motion is hereby **GRANTED.** Defendant Bush's appearance at the October 3, 2017, Status Hearing is waived.

IT IS SO ORDERED.


DATED: September 25, 2017.

_____
Hon. William H. Alsup
United States District Court Judge

09/20/17

1